**UNITED STATES of America,**
**Appellee,**

v.

**Luis Antonio FLORES–DOMINGUEZ,**
**Appellant.**

**No. 07–1717.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 5, 2007.

Filed: Nov. 8, 2007.

Lynnett M. Wagner, U.S. Attorney's Office, Lincoln, NE, for Appellee.

John J. Velasquez, Attorney, Velasquez Law Offices, Omaha, NE, for Appellant.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

### [UNPUBLISHED]

### PER CURIAM.

Luis Antonio Flores–Dominguez challenges the 120–month prison sentence the district court[1] imposed after he pleaded guilty to conspiring to distribute 500 grams or more of a mixture or substance containing methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1), and 846. Flores–Dominguez's counsel has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court should have had discretion to sentence Flores–Dominguez below the mandatory minimum notwithstanding his ineligibility for a safety-valve reduction, and that his sentence is unreasonable. We conclude that Flores–Dominguez's sentence is not unreasonable because 120 months was the statutory minimum. *See United States v. Gregg*, 451 F.3d 930, 937 (8th Cir.2006); *United States v. Chacon*, 330 F.3d 1065, 1066 (8th Cir. 2003). After reviewing the record independently under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, the judgment of the district court is affirmed.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.